UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TBK BANK SSB, | ) | |
|     Plaintiff, | ) | Case No. 1:24-cv-01443 |
| | ) | |
| v. | ) | Hon. Mary M. Rowland |
| | ) | |
| CREED TRANSPORT, INC, | ) | |
| BRATISLAV MILANOVIC, | ) | |
| MILOS MARKOVIC, and | ) | |
| BOJAN BLAZIC, | ) | |
|     Defendants. | ) | |
| | ) | |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 55(b)**
**<u>MOTION FOR JUDGMENT</u>**

    Plaintiff TBK Bank SSB ("TBK"), by and through its attorneys, and in accordance with this Court's docket entries dated September 17, 2024 (Dkt. 18) and October 23, 2024 (Dkt. 21) hereby files this Federal Rule of Civil Procedure 55(b) Motion for Judgment with supporting affidavit and in support thereof states as follows:

**PROCEDURAL HISTORY**

    1.    On February 21, 2024, TBK filed its Verified Complaint against Defendants Creed Transport, Inc., Bratislav Milanovic, Milos Markovic and Bojan Blazic (collectively, the "Defendants"). (Dkt. 1). On February 22, 2024, summons were issued to the Defendants.

    2.    On March 20, 2024 and April 6, 2024, service was effectuated on Defendants Bojan Blazic and Creed Transport, Inc., respectively.

    3.    On May 13, 2024, the affidavits of service for Defendants Bojan Blazic and Creed Transport, Inc. were filed with the Court. (Dkt. 9, 10).

4. On May 22, 2024, TBK filed a Status Report Regarding Service of Process and Motion for Alternative Service on Defendants Bratislav Milanovic and Milos Markovic that attached a Declaration by TBK's counsel and affidavits of non-service. (Dkt. 11, 12).

5. On May 24, 2024, the Court granted TBK's Motion for Alternative Service and permitted TBK to serve: (1) Markovic by mailing copies of the summons and complaint by certified mail, return receipt requested and regular mail to his personal address; and (2) Milanovic by mailing copies of the summons and complaint by certified mail, return receipt requested and regular mail. (Dkt. 13).

6. On May 24, 2024, TBK served Milos Markovic and Bratislav Milanovic in accordance with the Court's May 24, 2024 Order. (Dkt. 14).

7. On August 16, 2024, this Court entered a docket entry requiring that Plaintiff file a motion for default judgment or status report on or before September 16, 2024. (Dkt. 16).

8. On September 17, 2024, this Court granted TBK's motion for default. (Dkt. 18).

9. On October 23, 2024, this Court directed TBK to "file a status report or a motion pursuant to FRCP 55(b) with a supporting affidavit attesting to the amount of monetary damages sought against Defendants." (Dkt. 21).

10. TBK hereby submits the Affidavit of Tulani Ruffin attached hereto as **Exhibit A**.

## RELIEF REQUESTED

11. Pursuant to Federal Rule of Civil Procedure 55(b), TBK requests that the clerk:

   a. enter judgment in the amount of $141,226.04, jointly and severally, against defendants (1) Creed Transport, Inc.; (2) Bratislav Milanovic; (3) Milos Markovic; and (4) Bojan Blazic; and

    b. enter an order of replevin pertaining to the following personal property: (a) GREAT DANE, DRY VAN, Serial No. 1GRAA0621KT120892; (b) KENWORTH, T680, Serial No. 1XKYDP9X5LJ312317; and (c) KENWORTH, T680, Serial No. 1XKYDP9X4HJ118885.

WHEREFORE, Plaintiff TBK Bank SSB respectfully requests the foregoing relief together with any other relief this Court deems equitable and just.

Dated: November 5, 2024                    TBK Bank SSB

                                          By: *Thomas B. Fullerton*
                                          One of its Attorneys

                                          Thomas B. Fullerton (6296539)
                                          Jessica L. Dagley
                                          Akerman LLP
                                          71 South Wacker Drive, 47th Floor
                                          Chicago, IL  60606
                                          Telephone:  (312) 634-5700
                                          Facsimile:   (312) 424-1900
                                          thomas.fullerton@akerman.com
                                          jessica.dagley@akerman.com

78618691;1

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 5, 2024, a copy of the foregoing Plaintiff's Federal Rule of Civil Procedure 55(b) Motion for Judgment with supporting affidavit was filed electronically and notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system. Notice of this filing will also be sent to the following parties by U.S. Mail, first class postage pre-paid:

Creed Transport, Inc.
2515 Glenview Road
Glenview, IL 60025

Bojan Blazic
2515 Glenview Road
Glenview, IL 60025

Milos Markovic
4330 N. Whipple Street
Chicago, IL 60618

Bratislav Milanovic
2515 Glenview Road
Glenview, IL 60025

                                                */s/ Thomas B. Fullerton*